FILED
CLERK
12/11/2018 10:52 am
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ANTHONY G. BELL,

                      Plaintiff,

     -against-

THE CITY OF LONG BEACH, L.I., New York;
NASSAU COUNTY, WINTHROP UNIVERSITY
HOSPITAL,

                      Defendants.
----------------------------------------------------------------X

For Online Publication Only

**ORDER**
16-CV-05820 (JMA)(AYS)

**AZRACK, United States District Judge:**

     On October 10, 2018 the Court granted *pro se* plaintiff's application to proceed *in forma pauperis* and, *inter alia*, dismissed the complaint without prejudice. (ECF No. 11.) Plaintiff was granted leave to file an amended complaint within thirty (30) days from the date of the Order. A copy of the Order was mailed to plaintiff at his address listed on the docket sheet. To date, plaintiff has not filed an amended complaint, nor has he otherwise communicated with the Court about this case. Accordingly, judgment in this case shall now enter.

     The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of any appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

     The Clerk of Court is directed to mail a copy of this Order to the *pro se* plaintiff at his last known address and to mark this case closed.

**SO ORDERED.**

Dated:   December 11, 2018
            Central Islip, New York

                                                          /s/ (JMA)
                                                    Joan M. Azrack
                                                    United States District Judge